**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>  Plaintiff,<br><br> v.<br><br>HAYES VALLEY LIMITED PARTNERSHIP, et al.,<br><br>  Defendants._____/ | No. C 10-05436 CRB<br><br>**ORDER REFERRING MATTER FOR DETERMINATION OF RELATEDNESS** |

*Pro se* Plaintiff Sharon Bridgewater filed this action on December 1, 2010 and marked it on the civil cover sheet as related to 10-703-SBA. The Court recently received a filing entitled "Ex Parte Application for Order Shortening Time on Plaintiff Motion to File First Amended Complaint." In the materials submitted with that Motion, Plaintiff notes as follows:

> The Plaintiff filed a complaint in this federal court in this federal District Court on DEC 1, 2010. At the time when the Plaintiff filed this complaint, the Plaintiff had another case pending before the Honorable Saundra B. Armstrong entitled Sharon Bridgewater v. Hayes Valley Limited Partnership case number C10-00703(SBA). The Plaintiff requests an informus pauperius per this complaint. Honorable Armstrong, "ruled" that the pay the filing fee on or before June 22, 2010 per this case. Per this verified complaint filed by the Plaintiff in case number C10-5346, Sharon Bridgewater v. Hayes Valley Limited Partnership, the Plaintiff filed this case in error.

It appears to this Court that Ms. Bridgewater may have intended to file this "action" in 10-703-SBA or that 10-5436-CRB is otherwise related to 10-703-SBA. Accordingly, the Court hereby refers this matter to Judge Armstrong for a determination of relatedness.

**IT IS SO ORDERED.**

Dated: March 24, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE